# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 17 C 2364 |
| v. ) | |
| ) | Honorable Elaine E. Bucklo |
| BRASSELER U.S.A. DENTAL, LLC and ) | |
| ENDODONTIC EDUCATION ) | |
| SEMINARS, LLC d/b/a REAL WORLD ENDO, ) | |
| ) | |
| Defendants. ) | |

## *AMENDED* STIPULATION OF DISMISSAL

Plaintiff BPP and Defendants Brasseler U.S.A. Dental, LLC ("Brasseler") and Endodontic Education Seminars, LLC, doing business as Real World Endo ("EES") by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismissal of this action without prejudice, and with each party to bear their own fees and costs.


s/Ronald J. Eisenbergs/Michael B. Galibois
SignatureSignature

Ronald J. EisenbergMichael B. Galibois
SCHULTZ AND ASSOCIATES,Reed Smith LLP
L.L.P.10 South Wacker Drive, 40th Floor
640 Cepi Drive, Suite AChicago, IL 60606
Chesterfield, MO 63005-1221(312) 207-1000
rschultz@sl-lawyers.comEmail: mgalibois@reedsmith.com
reisenberg@sl-lawyers.com

Counsel for PlaintiffCounsel for Defendants

Dated: August 16, 2018Dated: August 16, 2018

**CERTIFICATE OF SERVICE**

The undersigned certifies that on 8/16/2018, she caused the foregoing document to be electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, which shall cause service via electronic mail upon all counsel of record.

                                                         s/Dulijaza Clark
                                                         Dulijaza Clark


Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)